ACCEPTED
01-14-00215-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 9:40:20 AM
CHRISTOPHER PRINE
CLERK

**NO. 01-14-00215-CV**

**IN THE FIRST COURT OF APPEALS**

**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/5/2015 9:40:20 AM

CHRISTOPHER A. PRINE
Clerk

_____

LETHA PILLAI

Appellant

v.

JESUS VEGA and DALIA VEGA

Appellees

On Appeal from the 234th Judicial District Court

Harris County, Texas

Trial Court Cause No. 2011-68692

**RESPONSE TO APPELLANT'S REQUEST TO ABATE APPEAL**

This matter was resolved via a mediated Settlement Agreement. All documents subsequently requested by Appellant in regards to that mediated Settlement Agreement have now been signed by Appellees. All signed original documents have been delivered to and received by Appellant's counsel.

There is no live controversy before this Court between the parties as to the merits of this appeal.

Appellees move and request that this appeal be dismissed for want of jurisdiction. Tex. R. App. P. 42.3(a)

Respectfully submitted,

BUCKLEY, WHITE, CASTANEDA
& HOWELL, L.L.P.

_/s/ Daniel F. Castaneda_
Daniel F. Castaneda
State Bar No. 03980540
2401 Fountainview, Suite 1000
Houston, Texas 77057
(713) 789-7700 Telephone
(713) 789-7703 Facsimile

**Certificate of Service**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties—which are listed below—on February 5, 2015, as follows:

Mr. T. W. Proctor
T. W. Proctor & Associates
630 Uvalde Road
Houston, Texas 77015
Counsel for Appellant

By (check all that apply)
☐     personal delivery
☐     mail
☐     commercial delivery service
X     *Via Facsimile 713 453-3232*

_/s/ Daniel F. Castaneda_
**Daniel F. Castaneda**